IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ANTONIO BARRIENTOS ARREDONDO, an individual, </br></br> Plaintiff, </br></br> v. </br></br> BROTHERS CAR WASH, INC., an Illinois corporation, ANTONIO GERMAN, an individual, MAURICIO MORA, an individual, and FAUSTINO MORA, an individual, </br></br> Defendants. | Case No. 1:19-cv-02850 </br></br></br></br> Honorable Edmond E. Chang </br></br></br></br> Magistrate Judge Jeffrey Cummings |

## STIPULATION OF DISMISSAL

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL, the Court being advised in the premises that the parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction;

IT IS HEREBY ORDERED THAT

1. This case is dismissed, without prejudice, and all parties shall bear attorney's fees and costs in accordance with the parties' settlement agreement.

2. Any party may file a motion to enforce the parties' settlement agreement, or a motion for additional time to file a motion to enforce the settlement agreement on or before July 31, 2019.

3. In the event that no motion listed in paragraph 2 is filed on or before July 31, 2019, the case shall be dismissed with prejudice on the next business day and without further order of the Court.

AGREED TO:

/s/ Timothy M. Nolan  
_____  
Attorney for the Plaintiff

/s/ Gemma B. Dixon  
_____  
Attorney for the Defendants